IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBITRON INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAGA COMMUNICATIONS, INC. and )<br>LAKEFRONT COMMUNICATIONS LLC, )<br>)<br>Defendants. ) | C.A. No. 13-923 (LPS) (CJB) |

STIPULATION OF DISMISSAL

IT IS HERBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that all claims by and between plaintiff Arbitron Inc., now known as Nielsen Audio, Inc., and defendants Saga Communications, Inc. and Lakefront Communications, LLC, in the above-captioned action, including any claims and counterclaims that have been or could have been asserted by either party, are hereby dismissed pursuant to Fed. R. Civ. P. 41 with prejudice and without costs by any party against the other.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          BAYARD, P.A.

/s/ Julia Heaney                                                    /s/ Richard D. Kirk
Julia Heaney (#3052)                                         Richard D. Kirk (#922)
1201 N. Market Street                                        Stephen B. Brauerman (#4952)
P.O. Box 1347                                                     Vanessa R. Tiradentes (#5398)
Wilmington, DE  19899-1347                            222 Delaware Avenue, Suite 900
(302) 658-9200                                                    Wilmington, DE  19801
jheaney@mnat.com                                            (302) 655-5000
  *Attorneys for Nielsen Audio, Inc.*                 rkirk@bayardlaw.com
                                                                              sbrauerman@bayardlaw.com
                                                                              vtiradentes@bayardlaw.com
                                                                                *Attorneys for Saga Communications, Inc.*
                                                                                *and Lakefront Communications, LLC*

December 4, 2014